UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KASSANDRA STUTSMAN,
    Plaintiff,

v.                      CASE NO. 3:24-cv-0216-HES-SJH

RELIANCE STANDARD
LIFE INSURANCE,
    Defendant.
_____/

## O R D E R

**THIS CAUSE** came before this Court on a Mediation Report (Dkt. 18) that indicates the parties have settled the above-referenced action. Therefore, pursuant to Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of July 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Thomas M. Farrell, IV, Esq.
Tanya I. Suarez, Esq.
Jack Light Townsend, Sr., Esq.